# VERIFIED RETURN OF SERVICE

Job # 2025006841

**Client Info:**
Munsch Hardt Kopf & Harr, PC
1717 W. 6th Street
Suite 250
Austin, TX 78703

**Case Info:**

**Plaintiff:**
ABC IP, LLC
  -versus-
**Defendant:**
Spide Hole, LLC, et al.

UNITED STAES DISTRICT COURT, WESTERN DISTRICT OF TEXAS
Court Case # **1:25-CV-00864-ADA**

**Service Info:**

**Date Received:** 6/19/2025 at **10:27 AM**
**Service:** I Served **Spike's Tactical, LLC by serving its registered agent, Michael Register**
With: **Summons in a Civil Action with Original Complaint and Exhibit A with Civil Cover Sheet**
by leaving with **AMY REGISTER, WIFE/CO-RESIDENT TO REGISTERED AGENT**

**At Residence 110 OAKWOOD DR MAITLAND, FL 32751**
On **6/20/2025** at **01:12 PM**
**Manner of Service: LLC AT RESIDENCE**
SERVED THE WITHIN NAMED BUSINESS ENTITY IN ACCORDANCE WITH F.S. 48.062 (5) BY DELIVERING THE DOCUMENTS AT THE WITHIN NAMED REGISTERED AGENT, OFFICER, OR PERSON LISTED ON THE ANNUAL REPORT'S USUAL PLACE OF ABODE, TO A PERSON RESIDING THEREIN WHO IS 15 YEARS OF AGE OR OLDER, CO-RESIDENT, AND INFORMING SAID PERSON OF THE CONTENTS THEREOF, PURSUANT TO F.S. 48.031 AFTER CONFIRMING THE REGISTERED AGENT, OFFICER, OR DIRECTOR WAS OTHERWISE UNAVAILABLE.

**Served Description:  (Approx)**

Age: **45**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 4"**, Weight: **125**, Hair: **Brown** Glasses: **No**

I ACKNOWLEDGE THAT I AM OVER THE AGE OF 18, AUTHORIZED TO SERVE PROCESS, IN GOOD STANDING IN THE JURISDICTION WHEREIN SERVICE WAS EFFECTED IN ACCORDANCE WITH STATE STATUTE, AND I HAVE NO INTEREST IN THE ABOVE ACTION. UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

*[signature]*

**JONATHAN ROBINSON**
Lic # **755/18-0123**

**ATX PROCESS, LLC**
1411 W. 6th Street
Austin, TX 78703

Client # 2025006841
Ref # ABC IP v Spider Hole




1 of 1

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 1:25-CV-00864-ADA

Plaintiff:
**ABC IP, LLC**

vs.

Defendant:
**Spider Hole, LLC, et al.**

For:
Munsch Hardt Kopf & Harr, PC
1717 W. 6th Street
Suite 250
Austin, TX 78703

Received by Nicole M. Wade on the 20th day of June, 2025 at 1:18 pm to be served on **Spike's Tactical, LLC by serving its registered agent, Michael Register, 110 Oakwood Dr, Maitland, Orange County, FL 32751**.

I, Nicole M. Wade, being duly sworn, depose and say that on the **21st day of June, 2025** at **5:00 pm**, I:

**SERVICE BY USPS FIRST CLASS MAIL** by mailing a true copy of the **Summons in a Civil Action with Original Complaint and Exhibit A with Civil Cover Sheet** with the date of mailing endorsed thereon by me, to: **Spike's Tactical, LLC by serving its registered agent, Michael Register** at the address of: **110 Oakwood Dr, Maitland, Orange County, FL 32751**.

**Additional Information pertaining to this Service:**
6/21/2025  The documents were sent via USPS First Class Mail.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred.  The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 9 day of July, 2025 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

LIZETTE WILLIAMS
Notary ID #132301052
My Commission Expires
May 6, 2028

Nicole M. Wade
PSC-9631, Exp. 4/30/2026

07/09/2025
Date

ATX Process, LLC
1411 W. 6th Street
Austin, TX 78703
(512) 717-5600

Our Job Serial Number: ATX-2025006841
Ref: ABC IP v Spider Hole