# EXHIBIT – D

| | |
|---|---|
| **From:** | Michael |
| **To:** | Greathouse, Jared |
| **Cc:** | Murrell, Tracey; Rhodes, Robert |
| **Subject:** | RE: ABC IP and DeMonico v. Spider Hole, LLC et al |
| **Date:** | Tuesday, June 10, 2025 3:36:18 PM |
| **Attachments:** | image001.jpg |
| | image002.png |
| | image003.jpg |
| | image004.jpg |
| | image005.jpg |
| | image006.png |
| | image007.png |

**External Email: Use caution with links and attachments.**

Jared,

Good afternoon. I will be appearing on behalf of all named defendants. Accordingly, if service of process has not otherwise been effectuated, please send me appropriate Acceptances and Waiver of Service of Process for each named defendant.

Notably, any such Acceptance and Waiver shall not constitute a waiver of any challenges to Personal Jurisdiction or Venue.

Best Regards,

Michael

**Michael E. Long**

Partner

**BrewerLong**

p: 407.660.2964
f: 407.660.4439
a: 407 Wekiva Springs Rd. Ste 241, Longwood, FL 32779
w: www.brewerlong.com   e: mlong@brewerlong.com

DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT ("UETA") (FLORIDA STATUTES SECTION 668.50): If this communication concerns negotiation of a contract or agreement, UETA

does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the BrewerLong client(s) in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

**From:** Greathouse, Jared <jgreathouse@munsch.com>
**Sent:** Wednesday, June 4, 2025 3:16 PM
**To:** Michael <mlong@brewerlong.com>
**Cc:** Murrell, Tracey <tmurrell@munsch.com>; Rhodes, Robert <rrhodes@munsch.com>
**Subject:** ABC IP and DeMonico v. Spider Hole, LLC et al

Good afternoon Mike,

I hope you had a good weekend. Please find attached: Plaintiff's Original Petition for ABC IP, LLC, LAD, LLC, and Lawrence DeMonico v. Spider Hole, LLC, Spike's Tactical, LLC and Michael Register.

Please let me know if you will be representing any or all of the defendants and if you are able to accept service.

Let me know if you have any questions as you review or if you want to jump on the phone to see if there is room for a quick resolution.

### Jared A. Greathouse



**Munsch Hardt Kopf & Harr, P.C.**
1717 West 6th Street, Suite 250 / Austin, Texas 78703
512.391.6102 / jgreathouse@munsch.com / munsch.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.