# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **ABC IP, LLC; LAD, LLC; and LAWRENCE DEMONICO**<br><br>**Plaintiffs,**<br><br>v.<br><br>**SPIDER HOLE, LLC; SPIKE'S TACTICAL, LLC and MICHAEL REGISTER**<br><br>**Defendants.** | **CIVIL ACTION NO.: 1:25-cv-00864**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

TO THE HONORABLE JUDGE OF THE COURT:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs ABC IP, LLC; LAD, LLC; and Lawrence DeMonico ("Plaintiffs") file this Notice of Dismissal Without Prejudice of the above-styled action. Plaintiffs notice the following:

1. Plaintiffs sued Defendants Spider Hole, LLC; Spike's Tactical, LLC; and Michael Register ("Defendants") on June 6, 2024.

2. Defendants have been served with process and have not served an answer or a motion for summary judgment.

3. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

4. This case is not governed by any federal statute that requires a court order for dismissal of the case.

5. A receiver has not been appointed in this case.

v.

v.

      6.      Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

      7.      This dismissal is without prejudice.

Dated: October 8, 2025

Respectfully submitted,

*/s/ Jared Greathouse*
Jared A. Greathouse
Texas State Bar No. 24077284
**MUNSCH HARDT KOPF & HARR, PC.**
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: 512.391.6100
Facsimile: 512.391.6149
Email: jgreathouse@munsch.com

**ATTORNEY FOR PLAINTIFFS**

v.

## **CERTIFICATE OF SERVICE**

I certify that on October 8, 2025, a copy of the above Notice of Voluntary Dismissal was served upon Michael Long and Jason Snell, counsel for all defendants, via email.

Michael Long
Brewer Long
407 Wekiva Springs Road, Suite 241
Longwood, Florida 32779
Phone: 407.660.2964
Fax: 407.660.4439
mlong@brewerlong.com
*Counsel for Defendants*

Jason W. Snell
404 W. 13th Street
Austin, Texas 78701
(512) 477-5291 – Telephone
(512) 477-5294 – Fax
firm@snellfirm.com – Email

*/s/ Jared Greathouse*
Jared A. Greathouse

v.